(10 Misc. Rep. 220.)

### MARESI v. AMERICAN YACHT CLUB.

(City Court of New York, General Term.   November 20, 1894.)

PRACTICE IN CIVIL CASES—NONSUIT.
   Evidence that the steward of defendant club ordered from plaintiff certain tableware, to be used by the club; that the ware was delivered to and used by the club; and that the value of the use was a certain sum, which had not been paid,—shows a prima facie cause of action against defendant.

Appeal from trial term.

Action by Pompeo Maresi against the American Yacht Club for the use of certain tableware furnished by plaintiff to defendant. From a judgment of nonsuit, plaintiff appeals.   Reversed.

Argued before VAN WYCK and McCARTHY, JJ.

L. J. Morrison, for appellant.
L. C. Wachner, for respondent.

VAN WYCK, J.   Plaintiff's entire proof was made without any objection from defendant, and shows that one Voyer was the steward of the American Yacht Club; that such steward ordered from plaintiff certain glass, china, and other tableware, for the club, to be used by it at the opening banquet given by it at its clubhouse at Rye on the Sound; that such tableware was by plaintiff shipped and delivered to the club, at its house at Rye; that the same was there used by it upon the banquet table on the occasion of the opening of its clubhouse; and that the value of the use of such tableware on such occasion was $169, which had not been paid, although payment thereof had been demanded.   This proof made out a prima facie cause of action against defendant; hence, it was error to nonsuit plaintiff.   Judgment reversed and new trial ordered, with costs to appellant to abide the event.